1 Lawrence J. Gornick (SBN 136290)
2 Emily Charley (SBN 238542)
**LEVIN SIMES KAISER & GORNICK LLP**
3 One Bush Street, 14th Floor
San Francisco, California 94104
4 Tel: (415) 646-7160
Fax: (415) 981-1270
5

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD ANDERSON, | No. C 06 0960 JSW |
| Plaintiff, | Before the Honorable JEFFREY S. WHITE |
| vs. | **[PROPOSED] ORDER VACATING AND/OR CONTINUING CASE MANAGEMENT CONFERENCE** |
| ELI LILLY AND COMPANY, | Conference Date: May 19, 2006 |
| Defendant. | Conference Time: 1:30 p.m.<br>Location: Courtroom 2, Fl. 17 |

For the reasons set forth in Plaintiff's Case Management Conference Statement, the Court hereby continues the May 19th, 2006 Case Management Conference ("CMC") to  October 13, 2006 , at  1:30 p.m. . In the event the case is not transferred to the Honorable Claudia Wilken and/or the Eastern District of New York as part of MDL No. 1596 – *In re Zyprexa Liability Litigation*, far enough in advance of the new CMC date, the parties shall file a Joint CMC Statement at least 5 court days before the CMC, pursuant to this Court's Standing Order. Plaintiff is hereby ordered to serve Defendant within 120 days of this Order.

**IT IS SO ORDERED**

DATED: May 8, 2006

_____
HONORABLE Jeffrey S. White
United States District Court Judge
by Honorable Martin J. Jenkins

---
[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE

1